CLEVELAND METROPOLITAN BAR ASSOCIATION *v*. MARIOTTI.

[Cite as *Cleveland Metro. Bar Assn. v. Mariotti*, ___ Ohio St.3d ___,

2019-Ohio-579.]

(No. 2018-1579—Submitted February 14, 2019—Decided February 19, 2019.)

ON PETITION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of a motion to reinstate law license by respondent, Mark Mariotti. The request was not opposed.

{¶ 2} Upon consideration thereof, it is ordered by the court that the request is granted and that respondent, Mark Mariotti, Attorney Registration No. 0067608, last known business address in Cleveland, Ohio, is reinstated to the practice of law in the state of Ohio. It is further ordered that the reinstatement of respondent shall not terminate any pending disciplinary proceedings against him.

{¶ 3} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 4} For earlier case, see *Cleveland Metro. Bar Assn. v. Mariotti*, __ Ohio St.3d __, 2018-Ohio-4769, __ N.E.3d __.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____

1